IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-491-BO

| | | |
|---|---|---|
| STEPHEN MERCIER and BRENDA HARRIS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | O R D E R |
| NATIONSTAR MORTGAGE, et al. | ) ) ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motion for temporary restraining order and preliminary injunction [DE 2] to stop a foreclosure sale of real property scheduled for November 5, 2019 at 10:00 AM.

Plaintiffs have not demonstrated that they are likely to succeed on the merits, a required showing for a TRO. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Moreover, the date on which the foreclosure sale was scheduled to occur has already passed. Accordingly, the motion [DE 2] is DENIED.

SO ORDERED, this __7__ day of November, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE