IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-491-BO

STEPHEN MERCIER and
BRENDA HARRIS,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE, et al.

    Defendants.

ORDER

This cause comes before the Court on plaintiffs' second motion for temporary restraining order and preliminary injunction [DE 7] to stop a foreclosure sale of real property scheduled for November 5, 2019 at 10:00 AM.

Again, plaintiffs have not demonstrated that they are likely to succeed on the merits, a required showing for a TRO. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Plaintiffs' complaint and motion briefs are virtually incomprehensible. The Court cannot discern the factual basis that would support the relief sought. The vague and conclusory allegations of being misled and deprived of due process do not provide a sufficient basis for the Court to grant the motion. Accordingly, the motion [DE 7] is DENIED.

SO ORDERED, this 7 day of November, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE